JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMWEAR USA, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, an entity,<br><br>    Defendant. | Case No.  5:22-cv-00431-SVW (SPx)<br><br>**ORDER OF DISMISSAL**<br>**[FRCP 41(a)]**<br><br>Judge: Hon. Stephen V. Wilson |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii),

IT IS ORDERED that this action be, and hereby is, DISMISSED without prejudice as to all claims, causes of action, and parties, except as to those counts asserted by Scott Li which were previously dismissed with prejudice, with each party bearing that party's own costs and attorney fees.

The Clerk is directed to close the file and vacate all dates.

Dated: February 15, 2023

_____
STEPHEN V. WILSON
United States District Judge